**DISMISS and Opinion Filed September 22, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00562-CV**

**JOHN LARSON AND TRACY WEAVER, Appellants**
**V.**
**SUNBELT RENTALS, INC., Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-05144-B**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

The clerk's record in this case is overdue. On August 27, 2021, the Dallas County Clerk informed appellants that the clerk's record was ready to be filed once appellants paid or made arrangements to pay for the record. By letter dated August 30, 2021, we directed appellants to provide, within ten days, written verification that they (1) had either paid for or made arrangements to pay for the record, or (2) were entitled to proceed without payment of costs. We cautioned appellants that the failure to do so would result in the dismissal of this appeal without further notice. To date, appellants have not provided the required documentation or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 37.3(b); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210562F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

JOHN LARSON AND TRACY WEAVER, Appellants

No. 05-21-00562-CV     V.

SUNBELT RENTALS, INC., Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-20-05144-B.
Opinion delivered by Chief Justice Burns. Justices Molberg and Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee SUNBELT RENTALS, INC. recover its costs, if any, of this appeal from appellants JOHN LARSON AND TRACY WEAVER.

Judgment entered September 22, 2021

–3–